UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HOWARD SAFIR,

                Plaintiff,

-against-

WRIGHT MEDICAL TECHNOLOGY, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/21/2021
```

18 Civ. 10742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    This matter has been reassigned to me for all purposes. All parties are directed to familiarize themselves with the Court's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-analisa-torres.

    Pursuant to the scheduling order entered by the Honorable Deborah A. Batts, discovery in this matter is set to conclude on July 24, 2020. ECF No. 33. It is ORDERED that the scheduling order is amended as follows:

1. The parties shall appear for a case management conference at **12:00 p.m.** on **August 11, 2020**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

2. No later than one week prior to the case management conference, the parties shall file a joint status report. The report shall indicate whether they anticipate filing motions for summary judgment and whether they believe the case should be referred to a Magistrate Judge for settlement discussions.

3. Any motion for summary judgment must be made in accordance with Rule III(C) of this Court's Individual Practices. The parties are advised to review those procedures carefully, and well in advance of any contemplated motion. Pursuant to the authority of Rule 16(c)(2) of the Federal Rules of Civil Procedure, any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference is made in writing within fourteen (14) days of the close of discovery.

SO ORDERED.

Dated: February 21, 2020
        New York, New York

                                                    ANALISA TORRES
                                                United States District Judge