UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD SAFIR,

          Plaintiff,

-against-

WRIGHT MEDICAL TECHNOLOGY, INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2020__

18 Civ. 10742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties' motion to stay this action, ECF No. 38, is GRANTED. This action is STAYED pending resolution of the motion to transfer currently before the United States Judicial Panel on Multidistrict Litigation ("JPML"). *In re: Profemur Hip Implant Product Liability Litigation*, MDL No. 2949, ECF No. 1 (J.P.M.L. May 18, 2020).

      It is ORDERED that the parties shall promptly inform the Court upon the JPML's resolution of the motion to transfer. It is further ORDERED that on **August 4, 2020**, and every **60 days** thereafter until the motion is resolved, the parties shall file a joint status letter.

      The Clerk of Court is directed to terminate the motion at ECF No. 38.

      SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge